UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20534-CR-UNGARO/O'SULLIVAN

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**COURTNEY LAMAR TERLONGE,**

    Defendant.
_____/

### ORDER

THIS MATTER came before the Court on defendant Courtney Lamar Terlonge's Ex-Parte Motion for Investigative Costs (DE# 38, 10/16/07). Having reviewed the applicable filings and law, it is hereby

ORDERED AND ADJUDGED that defendant Courtney Lamar Terlonge's Ex-Parte Motion for Investigative Costs (DE# 38, 10/16/07) is **GRANTED**. The defendant, Courtney Lamar Terlonge, may incur private investigator costs up to $1,500 at the approved CJA hourly rate to be paid under the Criminal Justice Act.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **29th** day of October 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record